IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:02-CR-39-2H4

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DANE BRUNELL NORFORD | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 8, 2015, this Court entered an Order of Forfeiture of Substitute Assets pursuant to the provisions of Rule 32.2(e) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(p), forfeiting the defendant's interest in certain personal property, to wit, $7,000.00 U. S. Currency located in the Federal Bureau of Prisons inmate trust account in the name of Dane Brunell Norford, registration number 22082-056;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between January 23, 2015 and February 21, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's January 8, 2015 Order of Forfeiture of Substitute Assets, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the January 8, 2015 Order of Forfeiture of Substitute Assets is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 2nd day of April 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

2